IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| IN RE:<br><br>AMERICAN STANDARD ENERGY, CORP., *et al.*,<br><br>Jointly Administered Debtors. | § <br>§ CASE NO. 15-70104<br>§ CASE NO. 15-70105<br>§<br>§ Chapter 11<br>§<br>§ **(JOINTLY ADMINISTERED UNDER**<br>§ **CASE NUMBER 15-70104)**<br>§ |

### REQUEST FOR EMERGENCY CONSIDERATION
### OF CERTAIN "FIRST DAY" MATTERS

On August 3, 2015, American Standard Energy, Corp., a Nevada Corporation, and American Standard Energy Corp., a Delaware Corporation, filed petitions for relief under Chapter 11 of the Bankruptcy Code. Counsel for the debtors believes that these cases qualify as a "Complex Chapter 11 Case." The debtors need emergency consideration of the following initial case matters (check those that apply*):

__x__  JOINT MOTION FOR JOINT ADMINISTRATION

__x__  MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

__x__  MOTION RE MAINTENANCE OF BANK ACCOUNTS AND EXISTING CASH MANAGEMENT, ATTACHING NOTICE OF CONFERENCE WITH U.S. TRUSTEE

_____  MOTION TO PAY PRE-PETITION WAGES, SALARIES, ET AL., ATTACHING NOTICE OF CONFERENCE WITH U.S. TRUSTEE AND DETAILED EXHIBIT SHOWING WHO DEBTOR PROPOSES TO PAY AND AMOUNTS

_____  MOTION FOR ENTRY OF INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL

_____  MOTION FOR INTERIM APPROVAL OF POST-PETITION SECURED AND SUPER PRIORITY FINANCING PURSUANT TO SECTION 364(c) OF THE BANKRUPTCY CODE

__x__  MOTION PURSUANT TO 11 U.S.C. § 366, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY

SERVICES AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

_____ MOTION TO ESTABLISH INTERIM NOTICE PROCEDURES

__x__ MOTION FOR ORDER APPROVING INTERIM RETENTION OF PROFESSIONALS

_____ MOTION FOR ORDER APPROVING PAYMENT OF PRE-PETITION CLAIMS OF CERTAIN CRITICAL VENDORS

_____ OTHERS (LIST):

_____
_____
_____
_____

Dated: Los Angeles, California
August 3, 2015

LOEB & LOEB LLP

By: /s/ Bernard R. Given
Bernard R. Given II
State Bar No. 07990180
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone: 310.282.2000
Facsimile: 310.282.2200
Email:  bgiven@loeb.com

*Proposed Attorneys for the Debtors*

* NOTE: The Court expects the parties to exercise judgment regarding which motions are applicable.